RECEIVED
AUG 23 2019
U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
DEPUTY CLERK

**Form to be used by a prisoner filing a civil rights complaint under**
**THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

**UNITED STATES DISTRICT COURT**
Middle **DISTRICT OF LOUISIANA**

Foster Taylor #409297
**(Full name of plaintiff, Prisoner Number)**

Department Of Corrections
**Vs.**

Dixon Correctiona Institute
**Full Name of Defendant**

______________________
**Civil Action**

______________________
**Judge**

______________________
**Magistrate Judge**

**COMPLAINT**

1. **Previous Lawsuits**:

**A.** Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? **Yes** { } **No** {✓}

**B.** If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

**1.** Parties to this previous lawsuit
Plaintiff(s): N/A

Defendant(s): N/A

**2.** Court (if federal court, name the district; if state court, name the parish): N/A

**3.** Docket number: N/A

**4.** Name of judge to whom case assigned: N/A

**5.** Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?): N/A

**6.** Date of filing lawsuit: N/A

**7.** Date of disposition: N/A

C. Have you had any previously filed federal lawsuits or appeals, whether or not related to the issues raised in this complaint, dismissed by any federal court as frivolous, malicious, or for failure to state a claim for which relief can be granted?

**Yes** [ ] **No** [✓]

If your answer is yes, list the civil action numbers and the disposition of each case. You must identify in which federal district or appellate court the action was brought. N/A

**II.** Place of present confinement: Dixon Correctional Institute

**A.** Is there a prisoner grievance procedure in this institution?

**Yes** [✓] **No** [ ]

**B.** Did you present the facts relating to your complaint in the state prisoner grievance procedure?

**Yes** [✓] **No** [ ]

**C.** If your answer is **Yes**:

**1.** Identify the administrative grievance procedure number(s) in which the claims raised in this complaint were addressed: D.C.I-2019-448

**2.** What steps did you take? I used the prisoner Administrative Remedy and it's second step to the Secretary of Public Safety and Corrections

**3.** What was the result? Denied

**D.** If your answer is No, explain why not: N/A

**III.** Parties

(In Item A below, place you name in the first blank and place your present address in the second blank. Do the same for additional Plaintiffs, if any)

**A.** Name of plaintiff (s): Foster Taylor

Address Dixon Correctional Institute-5568 Hwy 68-Jackson, La 70748

In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of any additional defendants.

**B.** Defendant Jason Kent is employed as Warden at Dixon Correctional Institute.

**C.** Additional Defendants: Ivy Miller is employed as a Director of Classification at DCI and Will Foelz is a Classification officer over the segregation units at Dixon Correctional Institute

**IV.** Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. **<u>Do not given any legal arguments or cite any cases or statutes</u>**. If you intend to allege a number of related claims. Number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I went before a disciplinary board and received an imposed sentence. I was held past that imposed sentence unlawfully. The defendants say it was because of the nature of the offence, but the prison disciplinary board also knew the nature of offence and also had my master prison record upon the hearing and sentence. I wrote and ask each of the defendants about this before hand, I was still held unlawfully past the imposed sentence under some of the most cruel and hard condition.

**V.** Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. Attach no exhibits: That the acts and omissions described herein violate my rights under the Constitution, granting me compensatory damages for each and every day I was held past the sentence, a jury trial, recovery of costs in this suit and any additional relief this court deems just.

**VI.** Plaintiff's Declaration

**(1).** I, F. T, understand that am prohibited from bringing a civil action in forma pauperis if, while I was incarcerated or detained in any facility, I have brought three or more civil actions or appeals in a court of the United states that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

**(2).** I, F. T ,understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire filing fee and any costs assessed by the Court, which, after payment of partial initial filing fee, shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.

**(3).** I, F. T, understand that if I am released or transferred, it is my responsibility to keep the court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

Signed this 19TH day of August, 20 19.

Foster Taylor
**Signature of Plaintiff (s)**

**VERIFICATION**

**STATE OF LOUISIANA**
**PARISH OF EAST FELICIANA**

Foster Taylor being first duly sworn, under oath says: that he is the plaintiff in this action and knows the contents of the above petition; that it is true of his knowledge, except as to those matters that are stated in it on his information and belief, and as to those matters he believes them to be true.

Foster Taylor

Subscribed and sworn to me this 19th day of August, 2019.

D. Carter 66851
**EX OFFICIO NOTARY**
**DEPARTMENT OF CORRECTIONS**

**SERVICE INFORMATION REQUIRED**

The plaintiff must provide **full names and addresses** for service below on all defendants.

**James LeBlanc**
**Louisiana Dept. of Public Safety and Corrections**
**P.O. Box 94304**
**Baton Rouge, LA 70804**

Foster Taylor
**Dixon Correctional Institute**
**P.O. Box 788 Unit-** 1 **Dorm-** A
**Jackson, La. 70748**

# INMATE ASSISTANCE CERTIFICATION

I. Were you assisted by an inmate in the preparation of, or research for this lawsuit?
YES [ ] NO [**XX**]

II. If your answer was YES, the inmate who assisted must print and sign his Name, along with this DOC#, certifying that he supports the plaintiff's claims herein. If no, print "NONE".

______________________ ______________________
**Inmate DOC# & Location (Print)** **Offender (Sign) & Date**

United State District Court
Middle District of Louisiana

Foster Taylor
Plaintiff
-V-
Louisiana Department of Corrections
Dixon Correctional Institute
Defendants

## I. Jurisdiction & Venue

1. This is a civil action authorized by 42 U.S.C Section 1983 to redress the deprivation, under color of state law, of rights secured by the Constitution of the United States. The court has jurisdiction under 28 U.S.C. Section 1331 and 1343 (a)(3). Plaintiff Taylor seeks declaratory relief pursuant to 28 U.S.C. Section 2201 and 2202. Plaintiff Taylor claim for injunctive relief are authorized by 28 U.S.C. Section 2283 & 2284 and Rule 65 of the Federal Rules of Civil Procedure.

2. The Middle District of Louisiana is an appropriate venue under 28 U.S.C. Section 1391 (b)(2) because it is where the events giving rise to this claim occurred.

## II. Plaintiff

3. Plaintiff Foster Taylor, is and was at all times mentioned herein a prisoner of the State of Louisiana Department of Corrections at Dixon Correctional Institute, in Jackson, Louisiana.

## III. Defendants

4. Defendant Jason Kent is the Warden of Dixon Correctional Institute. He is legally responsible for the operation of the prison and for the welfare of all inmates of that prison.
5. Defendant Ivy Miller is the Director of Classification at Dixon Correctional Institute. He is legally responsible to systematize the housing of each offender of that prison.
6. Defendant Will Foelz is a Classification officer over all offend on administrate segregation, who, at all times mentioned in this complaint, held the classification over the segregation

units and was assigned to Dixon Correctional Institute.

7. Each defendant is sued individually and in his official capacity. At all times mentioned in this complaint each defendant acted under the color of state law.

## III. Facts

8. On March 20, 2019, Plaintiff Foster Taylor went before a disciplinary board in the prison. At that time he pled guilty to the offence and received an imposed sentence of 60 days segregation and 4 weeks of phone loss.

9 On May 7, 2019 Defendant Will Foelz made rounds on the tier Plaintiff Taylor was housed. Plaintiff asked Defendant Foelz can he speak with him for a minute.

10. Defendant Will Foelz said yeah what you got. Plaintiff told defendant Foelz that he was placed on administrate segregation on March 8, 2019 pending an investigation and went before the disciplinary board on March 20, 2019, and received a imposed sentence of 60 days segregation.

11. Plaintiff Taylor then asked defendant Foelz when can he go back to the offender general population, because his time was done.

12. Defendant Foelz said it don't matter what the disciplinary board sentence you to. Your not getting out of these blocks until you take some of the classes and we feel like you want do that again.

13. Plaintiff Taylor said well why didn't the disciplinary board tell me this at the sentence hearing or why isn't this posted up so I could have been warned.

14. Defendant Foelz somehow became angry and stated to plaintiff Taylor he didn't care what his sentence was, "he'll get out of the blocks once he's ready to let him out."

15. Plaintiff Taylor said you can't do that. I've done my time and have'nt received anymore disciplinary reports. That'll be a violation of my rights.

16 Defendant Foelz laughed in Plainff face and said what rights, you're a prisoner you don't have any rights.

17 Plaintiff Taylor said, yes sir I'm an American so even as a prisoner I still have some rights.

18 Defendant Foelz said well write an A.R.P and walked off.

19. Plaintiff Taylor then wrote correspondence letters to both defendant Kent, and defendant Miller about his sentence and never received a response.

20. At all times relevant to this case, plaintiff Taylor was confined to 23 hours a day segregation in a small cell. There's no ventilation. The cell feels like its over a hundred degrees inside it, and the fan only push hot air around so plaintiff Taylor decide to ask defendant Foelz again about returning back to general population.

21 Plaintiff Taylor has been held 33 days past the imposed sentence.

## IV. Exhaustion of Legal Remedies

22. Plaintiff Taylor used the prisoner Administrative Remedy available at Dixon Correctional Institute to try and solve the problem. On May 24, 2019 plaintiff Taylor presented the facts relating to this complaint. On July 2, 2019 defendant Ivy Miller and defendant Kent denied plaintiff complaint. Case Number: D.C.I-2019-448. On July 2, 2019 plaintiff Taylor took his complaint to the second step to the Secretary of Public Safety and Corrections. I still haven't heard back from them.

## V. Legal Claims

23 Plaintiffs reallege and incorporate by reference paragraphs 1-22

24 Defendant Kent, defendant Miller and defendant Foelz violated Plaintiff rights under the Fourteenth Amendment to the United States Constitution, when plaintiff Taylor was held unlawfully on administrate segregation past the imposed sentence that was handed down by the disciplinary board without any due process of law.

25 Defendant Kent, defendant Miller and defendant Foelz violated Plaintiff rights under the Eighth Amendment to the United State Constitution, when Plaintiff was held unlawfully on administrate segregation past the imposed sentence, causing Plaintiff suffering and emotiotional distress.

26 Defendant Kent, defendant Miller and defendant Foelz violated Plaintiff rights under the Fifth Amendment to the United State Constitution, when Plaintiff was held unlawfully on administrate segregation past the imposed sentence. Preventing Plaintiff free privileges of rehabilitation such as school, religious meetings, club meetings, e-mail and phone communication, visitation and all the other self-help programs that the prison offer.

27 Plaintiff has no plain, adequate or complete remedy at law to seek redress the wrongs described herein. Plaintiff has and will continue to be irreparably injured by the conduct of the defendants unless this court grants the declaratory and injunctive relief which plaintiff seeks.

## VI. Prayer For Relief

WHEREFORE, Plaintiff respectfully pray that this court enter judgment:

28 Granting Plaintiff Taylor a declaration that the acts and omissions described herein violate his rights under the Constitution and laws of the United States, and

29 Granting Plaintiff Taylor compensatory damages for each and every day he was held past the imposed sentence, in the amount of $1,500 a day against each defendant, jointly and severally.

30 Plaintiff Taylor seek punitive damages in the amount of 10,000 only against defendant Foelz.

31 Plaintiff also seek a jury trial on all issues triable by jury.

32 Plaintiff also seek recovery of costs in this suit, and

33 Any additional relief this court deems just, proper, and equitable.

Dated: 8-15-19

# Verification

I have read the foregoing complaint and hereby verify that the matters alleged therein are true, except as to matters alleged on information and belief, and, as to those, I believe them to be true. I certify under penalty of perjury that the foregoing is true and correct.

Foster Taylor

Foster Taylor #404247
Dixon Correctional Institute
P.O. Box #788 Unit-1. Dorm A
Jackson, La 70748

neopost
08/22/2019
US POSTAGE $001.45⁰
FIRST-CLASS MAIL
ZIP 70748
041M12252425

SCREENED
GX
U.S. MARSHAL

Middle District of Louisiana
777 Florida St., Ste 139
Baton Rouge, La 70801-1712

NOT CENSORED
NOT RESPONSIBLE
FOR CONTENTS
AUG 2 2 2019
DIXON CORRECTIONAL
INSTITUTE
ALL MALE PRISON

QUALITY PARK
10 x 13